LOUISE OVERBY, *ET AL.*, PLAINTIFFS-APPELLANTS, v. UNION LAUNDRY COMPANY, DEFENDANT-RESPONDENT.

Argued March 8, 1954—Decided March 15, 1954.

*Mr. Edmund J. Canzona* argued the cause for the appellant (*Messrs. Parsons, Labrecque, Canzona & Combs,* attorneys).

*Mr. Thomas F. Doyle* argued the cause for the respondent (*Messrs. Townsend & Doyle,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Jayne in the Superior Court, Appellate Division.

*For affirmance*—Justices OLIPHANT, WACHENFELD, BURLING and BRENNAN—4.

*For reversal*—Chief Justice VANDERBILT, and Justices HEHER and JACOBS—3.